IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CRIMINAL NO. 05-0017-WS** |
| | ) | |
| **JUAN PEREZ-OLIVEROS,** | ) | **CIVIL NO. 08-0267-WS** |
| | ) | |
| Petitioner. | ) | |

**ORDER**

This matter comes before the Court on the Report and Recommendation (doc. 228) entered by Magistrate Judge Cassady on December 18, 2008, and petitioner Juan Perez-Oliveros's Objections (doc. 231) to same.

On October 22, 2008, the undersigned entered an Order (doc. 224) denying Perez's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody. In his ensuing appeal of that denial of his § 2255 petition, Perez filed a Motion for Certificate of Appealability (doc. 227), which was referred to Magistrate Judge Cassady pursuant to 28 U.S.C. § 636(b)(3). On December 18, 2008, the Magistrate Judge entered a Report and Recommendation (doc. 228) in which he applied the standards of 28 U.S.C. § 2253(c) and *Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000), and concluded that issuance of a COA was not appropriate in this case because reasonable jurists could not debate whether Perez's § 2255 petition should have been resolved differently. Perez has filed Objections (doc. 231), which this Court has received and carefully reviewed.

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Court finds that the Report and Recommendation applies the correct legal standard and reaches the correct result. Perez's objections (which include, *inter alia*, a suggestion that it was error for his § 2255 petition to be denied without an evidentiary hearing and that the referral of his Motion for COA to a Magistrate Judge for Report and Recommendation amounts to a violation of Perez's due process rights) are without merit and are

therefore **overruled**.  The recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(3) and dated December 18, 2008, is **ADOPTED** as the opinion of this Court.  Perez's Motion for Certificate of Appealability (doc. 227) is **denied** because reasonable jurists could not find that the issues presented in Perez's § 2255 petition were adequate to deserve encouragement to proceed further.

    DONE and ORDERED this 8th day of January, 2009.

                                                  s/ WILLIAM H. STEELE  
                                                  UNITED STATES DISTRICT JUDGE